Same case below, 282 S.W.3d 143.

**No. 09-8441. Fernando Jackson, Petitioner v. Florida.**

559 U.S. 1010, 130 S. Ct. 1886, 176 L. Ed. 2d 371, 2010 U.S. LEXIS 2746.

March 22, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 22 So. 3d 68.

**No. 09-8448. Homer Allen Millen, Petitioner v. Steve Upton, Warden.**

559 U.S. 1010, 130 S. Ct. 1886, 176 L. Ed. 2d 371, 2010 U.S. LEXIS 2666.

March 22, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.

**No. 09-8454. Edmond David Belcher, Petitioner v. Florida.**

559 U.S. 1010, 130 S. Ct. 1886, 176 L. Ed. 2d 371, 2010 U.S. LEXIS 2647.

March 22, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 9 So. 3d 665.

**No. 09-8463. Jesse White, et ux., Petitioners v. Mortgage Electronic Registration Systems, Incorporated.**

559 U.S. 1010, 130 S. Ct. 1937, 176 L. Ed. 2d 371, 2010 U.S. LEXIS 2678,

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-8465. William King, Petitioner v. California.**

559 U.S. 1010, 130 S. Ct. 1886, 176 L. Ed. 2d 371, 2010 U.S. LEXIS 2730.

March 22, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 09-8470. Candelario Sanchez, Petitioner v. Pennsylvania.**

559 U.S. 1010, 130 S. Ct. 1886, 176 L. Ed. 2d 371, 2010 U.S. LEXIS 2673.

March 22, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Harrisburg Office, denied.

Same case below, 972 A.2d 561.

**No. 09-8473. Michael Shavers, Petitioner v. David Bergh, Warden, et al.**

559 U.S. 1010, 130 S. Ct. 1887, 176 L. Ed. 2d 371, 2010 U.S. LEXIS 2644.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-8481. Terry Glen Bland, Petitioner v. Alabama.**

559 U.S. 1010, 130 S. Ct. 1887, 176 L. Ed. 2d 371, 2010 U.S. LEXIS 2682.

March 22, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 57 So. 3d 212.